# UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA, Plaintiff )   Case No: 22-cr-0330-LL-3
)
v. )
)
Alexander Dam (3), Defendant )
)

**FILED**
JUL 1 2 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED U.S. MARSHALS-S/CA
2022 JUN 17 PH 12: 3

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(✓) Ad Prosequendum   ( ) Ad Testificandum.
Name of Detainee: Alexander Dam (Booking Number: 21145302)
Detained at (custodian): Attention: Warden, South Bay Detention Facility, 500 Third Avenue, Chula Vista, CA 91910

Detainee is:
a.) (✓) charged in this district by:
(✓) Indictment   ( ) Information   ( ) Complaint
Charging Detainee With: Illegal Gambling Business; Aiding and Abetting
or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) (✓) return to the custody of detaining facility upon termination of proceedings
or b.) ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is needed on July 11, 2022 at 2:00 p.m., before the Honorable Linda Lopez, United States District Court Judge (Schwartz United States District Court, Courtroom 5D, 221 West Broadway, 5th Floor, San Diego, CA 92101).

I hereby attest and certify on 06/17/2022
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ M. Fest _____ Deputy

Signature: *Matthew Brehm*   Matthew.Brehm@usdoj.gov
Printed Name & Phone no.: Matthew Brehm (619-546-8983)
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(✓) Ad Prosequendum   ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the name detainee, on the date and time received above, and any further proceeding to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

June 16, 2022
Date

_____ (SEAL)
United States District/Magistrate Judge

Please provide the following, if known:

| | |
|---|---|
| AKA(s) (if applicable): | Alexander Dam |
| Booking or Fed. Reg. #: | Booking Number: 21145302 |
| Facility Address: | South Bay Detention Facility |
| | 500 Third Avenue, Chula Vista, CA 91910 |
| Facility Phone: | 619-213-433 |
| Currently Incarcerated For: | VC 2800.2(A) Evade PO / Disregard Safety |

☑ Male   ☐ Female
DOB: 09/30/1988
Race: _____
FBI#: _____

## RETURN OF SERVICE

Executed on: 07/11/22   by: V. Kent
(Signature)

Form Crim-48   Revised 7/25/14